IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

RICHARD MOSLEY,

    Plaintiff,

vs.                                               5:04-CV-233-SPM

JAMES CROSBY, JR.,

    Defendant.

_____/

ORDER EXTENDING DEADLINE FOR FILING
OBJECTIONS TO REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon the "Motion for Extension of Time to [Object to] the Report and Recommendation of the Magistrate" (doc. 24) filed February 3, 2006, in which Plaintiff requests a fifteen-day extension of time in which to file objections to the magistrate's 21-page report and recommendation.

Finding the request to be reasonable, it is

**ORDERED AND ADJUDGED** as follows:

1.     The motion for extension (doc. 24) is hereby *granted.*

2.     Plaintiff shall file his objections on or before ***March 6, 2006***.

**DONE AND ORDERED** this <u>ninth</u> day of February, 2006.

                                        *s/ Stephan P. Mickle*
                                        Stephan P. Mickle
                                        United States District Judge

/pao