IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**RICHARD MOSLEY,**

    Plaintiff,

vs.                                             5:04-CV-233-SPM

**JAMES CROSBY, JR.,**

    Defendant.

_____/

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION
AND DENYING MOTIONS FOR INJUNCTIVE RELIEF**

**THIS CAUSE** comes before the Court upon the magistrate judge's report and recommendation (doc. 23) filed January 20, 2006. The parties have been furnished a copy and have been afforded an opportunity to file objections. Petitioner filed his objections (after being granted an extension of time) on March 6, 2006 (doc. 28).

Pursuant to Title 28, United States Code, Section 636(b)(1), I have made a *de novo* determination of those portions to which an objection has been made. The magistrate judge conducted an exhaustive, 21-page review of the issues raised by Plaintiff, whose objections amount to nothing more than protestations of innocence and rehashed complaints about his attorney's performance. No

matters are raised which would warrant additional consideration, and Plaintiff has not shown the magistrate's report to be incorrect in any way.  Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. The magistrate judge's report and recommendation (doc. 23) is adopted and incorporated by reference in this order.

2. The petition for writ of habeas corpus (doc. 1) is hereby *denied*.

3. The clerk is directed to close the file.

**DONE AND ORDERED** this twelfth day of March, 2006.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge

/pao